VICTOR LEVINE, as Trustee, Appellant, v. LEONARD P. LEVY, Respondent. — Motion for reargument denied, with $10 costs; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ. [See *ante,* p. 848.]

■

BEATRICE SPELLMAN, Appellant, v. HELEN SPELLMAN, Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted. Present — McCurn, P. J., Kimball, Wheeler and Van Duser, JJ. [See *ante,* p. 858.]

■

CARL SOLOWAY, Appellant, v. CLARENCE K. STEWART, Respondent.— Appeal dismissed, without costs, upon stipulation.

■

HELEN MAJEWSKI, Appellant, v. MICHAEL A. CERRONE et al., Respondents.— Motion to vacate order dismissing appeal entered March 2, 1955 (*ante,* p. 1002), granted, and printed records and briefs to be filed and served on or before April 26, 1955.